FILED
SEP 1 8 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:09-00208
     18 U.S.C. § 665(a)
MARY JANE BOWLING   18 U.S.C. § 2

### I N F O R M A T I O N

The United States Attorney Charges:

**(Embezzlement Of Employment and Training Funds)**

1. At all relevant times, defendant MARY JANE BOWLING was an agent and employee of, and connected with an organization receiving financial assistance and funds under title I of the Workforce Investment Act of 1998.

2. From March 2008 until at least April 2009, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MARY JANE BOWLING, aided and abetted by others known and unknown to the United States Attorney, knowingly embezzled, willfully misapplied, stole, and obtained by fraud moneys, funds, assets, and property which were the subject of a contract pursuant to title I of the Workforce Investment Act of 1998, in an amount in excess of $1,000, that is, a State Set-Aside grant awarded by WORKFORCE WV to COMAR, Inc. in the amount of $100,000.

In violation of Title 18, United States Code, Sections 665(a) and 2.

CHARLES T. MILLER
United States Attorney

By: _____
THOMAS C. RYAN
Assistant United States Attorney