UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.                         CRIMINAL ACTION NO. 2:09-00208

MARY JANE BOWLING

### WAIVER OF INDICTMENT

I, Mary Jane Bowling, the above-named defendant, who is accused of one violation of Title 18, United States Code, Sections 665(a) and (2) as charged in the one-count information filed in this action, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on December 8, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Mary Jane Bowling*
Mary Jane Bowling

Witness:

*Michael W. Carey*
Counsel for Defendant