AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   2:09-cr-208 |
| Mary Jane Bowling | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Stephen P. Dailey
WorkForce West Virginia
112 California Avenue
Building 4
Charleston WV  25305

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>300 Virginia Street, East<br>Charleston WV  25301 | Courtroom No.: Judge John T. Copenhaver, Jr. |
|---|---|---|
| | | Date and Time:   May 20, 2010 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 11 2010

CLERK OF COURT

*Eugenio Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Mary Jane Bowling
, who requests this subpoena, are:   S. Benjamin Bryant and Michael W. Carey, Carey, Scott, Douglas & Kesseler, PLLC; 707 Virginia Street, East, 901 Chase Tower, Charleston, WV, 25301; sbbryant@csdlawfirm.com and mwcarey@csdlawfirm.com; (304) 345-1234

org +1