AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Stephan Darley_
was received by me on *(date)* _5/11/10_ .

☑ I served the subpoena by delivering a copy to the named person as follows:
_at 112 California Ave Charleston_
on *(date)* _5/12/10_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _5/12/10_

_William Pauer_
*Server's signature*

_Wm Pauer_
*Printed name and title*

_984 Young Rd Kenna WV_
*Server's address*

Additional information regarding attempted service, etc: