# EXHIBIT

# B

## Active Employment Job Search

## Mary Bowling

Everest Institute—Career Service Representative

Capital Resources Agency—Family Support Program Coordinator and Family Support Specialist

HomeBase, Inc.—Program Coordinator working with children in Abusive Home Environment

RGIS Inventory—Inventory Clerk

Marriott—Housekeeping Supervisor

Goodwill Industries—Training Director

Sylvan Learning Center—Tutor

Community Services Inc.—Adult Companion and Behavior Specialist

REM Options—Instead of being a contract provider to hire me as a full time employee

Solutions—Behavior Specialist

Appalachian Center for Independent Living Center—

Roark-Sullivan Lifeway Center

Connect CCR&R—Case Manager and Trainer

Braley & Thompson—Behavior Specialist

Contracting Family Service Provider—answer to blind ad in the newspaper

Mountain State University—Director of Assessment

University of Charleston—Visitation Coordinator

Marshall University—Student Support Counselor

Rescare—Behavioral Specialist

Target-cashier and stocker

Kanawha County Community and Technical College—Academic tutor